UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
:
UNITED STATES OF AMERICA, *ex rel.* :
DANIEL FELDMAN :
　　　　　　　　　　　　　　　　　　 :
　　　　　　　Plaintiff/Relator, : 03 Civ. 8135 (WHP)
　　　　　　　　　　　　　　　　　　 :
　　　　　　　- against -　　　　　　 : **SATISFACTION OF JUDGMENT**
　　　　　　　　　　　　　　　　　　 :
WILFRED VAN GORP & CORNELL :
UNIVERSITY MEDICAL COLLEGE, :
　　　　　　　　　　　　　　　　　　 :
　　　　　　　　Defendants. :
----------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/12
```

　　　　　WHEREAS, a judgment was entered in the above action on the 9th day of February, 2011 (Docket Entry # 167) in favor of Plaintiff/Relator Daniel Feldman ("Relator") and against Defendants Wilfred Van Gorp and Cornell Medical College (together "Defendants") in the amount of $602,898.63 in attorneys' fees, $25,862.15 in costs, and $3,121.47 in expenses, for a total of $631,882.25; and

　　　　　WHEREAS, said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall; and

　　　　　WHEREAS, an amended judgment was entered in the above action on the 17th day of October, 2012 (Docket Entry # 173) in favor of Relator and against Defendants in the amount of $107,172.00 in attorneys' fees and $1,044.20 in costs, for a total of $108,216.20; and

　　　　　WHEREAS, said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall;

　　　　　THEREFORE, full and complete satisfaction of said judgments is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgments.

SDNY Web 4/99
\\NY - 063040/000015 - 2495943 v2

Dated: Philadelphia, PA
       October 23, 2012

                            SALMANSON GOLDSHAW, P.C.

                        By: _____
                             Michael Salmanson
                             Attorneys for Plaintiff/Relator Daniel Feldman
                             Two Penn Center, Suite 1230
                             1500 John F. Kennedy Blvd.
                             Philadelphia, PA 19102

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) |
| | ) ss.: |
| COUNTY OF PHILADELPHIA | ) |

On the 23rd day of October, 2012 before me personally came Michael Salmanson, to me known and known to be a member of the firm of SALMANSON GOLDSHAW, P.C., attorneys for Attorneys for Plaintiff/Relator Daniel Feldman in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

NOTARIAL SEAL
ANDREA E PAUL
Notary Public
PHILADELPHIA CITY, PHILADELPHIA CNTY
My Commission Expires Jan 28, 2015

SDNY Web 4/99
\\NY - 063040/000015 - 2495943 v2